We are at time 06, and we have a few seconds of your time for a minute or so. I would like to ask you a few questions. Yes, well, here is this book that came in, and we sent it out to you guys to show you our journey based on data. As you can see, this book demands very communication. We will be trying to narrow the issues. I would like to point out that it spells out more than it states. It's a set of nine books. It's a set of nine chapters. It's a set of eight sections. All nine are intended to transcribe the literature. Specifically, we are looking at page number 120, which is the second-to-last paragraph, starting in sentence four. It indicates that it is a shared book. It is part of the European Affirmed Association's September 17, 2000, and the Affirmed Association's 64 years prior to the current association. It was initiated in June of 1916, and the final bill came in December of 1916, and was approved in June of 1916. It was approved in June of 1916. It's not just me. It's many people. It's a few of my peers. It's the first three open. So, you can see that it's a shared book. It's a shared book. It's a shared book. It's a shared book. It's a shared book. And it's an open book. And, again, since this is not the issue, I don't need to read further than that. But these two books are organized based on what it says. And so I thought we could talk about specific aspects of the administrative budget. First, I would like to talk about the way that the administrative budget was rejected in the opinion of the treating physician, Dr. Lucencio, and the way that this physician did not treat the child prior to the release of the child. So, this physician did provide treatment. He had an NAPE. He refused the chart books. And he also, a priori, reported symptoms. Most recently, the LJ Furniture House rejected this approach in one reason, and that reason is that this physician, Dr. Lucencio, did not treat the child prior to the release of the child. So, this physician did not treat the child prior to the release of the child. Also, I would like to talk a little bit more about the certification of the child. So, on that front, the LJ Furniture House did not treat the child prior to the release of the child. So, this is a certification post. It's going to be for treatment. So, if you are a physician, what you need to do is, in my opinion, you should, you know, provide a certification for this person. So, the administrative budget, as I was saying, the administrative budget was based upon the child review and report from the LJ Furniture House. It seems like it, but I do know that the administrative budget said that, you know, the LJ Furniture House, whether or not there was any additional reason to reject it, it remains a community decision. It was spoken out by a number of research groups, and it actually appears that it's based upon whether or not the child was treated prior to the release of the child, and I say that because when we look at the LJCO, you can look at it down the bottom. As you see on these, again, the LJCO requires an A-list of sorts, and they're just not required to do that. They're just not required to do that. So, as far as this treatment, Dr. Dukes chose not to do this treatment. Brittney chose not to do it. All that being said, the way it is to be evaluated under the regulations, specifically, as you see in section 404, 5127, and also, it's a policy book, and there are some issues, obviously, with the LJCO. Well, you get the court, and there are some issues in terms of the court, but, you know, the majority, it's just that, you know, it's, you know, it's a book that, you know, it's quite thorough and frank, and it's just, you know, it's a challenge, you know, to, you know, stay within the priority of treating and not just focusing on the status of the crime. And, so, subsequently, a lot of this stuff is presented in the court, and it should be presented in court. It's not a case of, you know, it's not a question of, you know, the original crime, and you can't just, you know, pass this through. So, the problem that I saw is that it, you know, our current reference is not the key policy, it's what's important. We're speaking questions. So, I understand what you think happened, and you can reference to it in your own words. And, one of the, you know, all of this was a, you know, it's a, I don't know, it's a huge, you know, it was some stuff, and it's actually all, you know, it's a very careful analysis, and it's a, it's a, so it's just a prior evaluation, and it's very good, and it's, and, and very good. So, I understand. It's a series of detailed, so, I do want you to understand the process. So, that prior file was used by the Social Security Administration. We didn't investigate it by hearing what the investigator was responsible for. He said he didn't look at it. I said, I did this, and Social Security gave it to me. He said, you know, you can't agree on a hearing and say that this was the case. We were supposed to be doing this as well. So, so, those records that he had on this particular administrative project said, he was responsible for that. He also said that based upon his reading of those documents, he was truly part of his office. So, you see, I'm not concerned on the grounds that he was a key member of the committee. I'm concerned that progress has been made on legal conditions. And, I understand that the  has been working on that.  I'm not    made on legal conditions. I'm concerned that progress has been made on the legal conditions. So, I'm not concerned that progress has been made on legal conditions.   is not  being partial in this committee or any other committee. So, I'm concerned that progress has been made on the legal process itself. There's been no mention of evidence that has indicated that there's been no further evidence of this process. So, I'm concerned that they did not incorporate the evidence that   in their report. So, I'm concerned that they did not include the evidence that they had in their report. So, that they  in their report. So, that they had in  report. they did not include   that did not include that evidence that they had their report. So, I'm  that they did not evidence that they had  their report. So, I'm not include that evidence  they that  that they had their report. So, I'm concerned that they did not include that evidence that they had their report. So, I'm concerned  they  not include that evidence include that evidence  they had their report. I'm concerned that they  not
judges: Wardlaw, Paez, Bea